```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22114
   TERRANCE B PARKER
   SABRINA ROBERTS                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1182     SSN XXX-XX-3108

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/27/2007 and was confirmed 03/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC    23797.00            .00       1926.00
SANTANDER CONSUMER USA    UNSEC W/INTER       10.60            .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG    14174.00            .00      14174.00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    64968.95            .00           .00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER    15685.61            .00           .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED            .00           .00
CHARMING SHOPPES          UNSEC W/INTER      103.26            .00           .00
EDFINANCIAL SERVICES      UNSEC W/INTER    10296.21            .00           .00
ECMC                      UNSEC W/INTER     8500.00            .00           .00
CHARMING SHOPPES          UNSEC W/INTER      100.00            .00           .00
KOHLS                     UNSEC W/INTER   NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      843.92            .00           .00
CHASE AUTO FINANCE        UNSEC W/INTER    16725.51            .00           .00
CHASE BANK                UNSEC W/INTER       72.98            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     1217.10            .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,134.00                       835.20
TOM VAUGHN                TRUSTEE                                       1,464.80
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              18,400.00

PRIORITY                                          .00
SECURED                                     16,100.00
UNSECURED                                         .00
ADMINISTRATIVE                                 835.20
TRUSTEE COMPENSATION                         1,464.80
DEBTOR REFUND                                     .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22114 TERRANCE B PARKER & SABRINA ROBERTS
```

```
                              ---------------      ---------------
TOTALS                              18,400.00            18,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 01/27/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```